UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANTHEM BLUE CROSS LIFE & HEALTH ) <br> INSUR. CO., ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10-CV-05867-LHK <br><br> ORDER DISMISSING CASE WITH PREJUDICE |

On April 19, 2011, the Court issued an Order granting Defendants' unopposed motion to dismiss Plaintiff's Complaint with leave to amend. *See* April 19, 2011 Order [dkt. #14]. The Court notified Plaintiff, represented by counsel, that "any amended pleading must be filed within twenty-one (21) days of the date of [the April 19, 2011 Order]. Failure to timely amend the complaint will result in dismissal with prejudice." *Id*. at 4. As of today, May 17, 2011, Plaintiff has not filed an amended complaint or taken any other action in the case. Accordingly, the Court hereby DISMISSES the instant action with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 17, 2011

                                                *Lucy H. Koh*
LUCY H. KOH
United States District Judge

1